**Fill in this information to identify the case:**

Debtor 1    BRIDGET B. LAKE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of GEORGIA
(State)

Case number:    13-10110

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A., as Trustee for VOLT RPL XI Asset Holdings Trust          **Court claim no**. (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 6182

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes.  Date of the last notice:

---

**Part 1:    Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | 11/04/2016 | (8) $ 979.61 |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses.  Specify:_ | | (10) $ |
| 11. Other.  Specify: | | (11) $ |
| 12. Other.  Specify: | | (12) $ |
| 13. Other.  Specify: | | (13) $ |
| 14. Other.  Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

Debtor 1     BRIDGET B. LAKE
       First Name      Middle Name      Last Name

Case number *(if known)* 13-10110

---

### Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Karen Wysatta         Date   03/04/2017
    Signature

Print:     Karen Wysatta         Title   Claims Processor
        First Name     Middle Name     Last Name

Company     Ascension Capital Group

Address     P.O. Box 201347
        Number      Street
        Arlington        TX     76006
        City          State     ZIP Code

Contact phone   888-455-6662        Email ecfnotices@ascensioncapitalgroup.com

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY Division

IN RE:

Case Name: BRIDGET B. LAKE

Case No. 13-10110

Debtor(s).

## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

PLEASE BE ADVISED that on 03/04/2017 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy
Procedure 3002.1(c) (the "Bankruptcy Rules"), U.S. Bank Trust, N.A., as Trustee for VOLT RPL XI Asset Holdings Trust c/o
Caliber Home Loans filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (the "Notice") on the Bankruptcy
Court's Claims Register, supplementing U.S. Bank Trust, N.A., as Trustee for VOLT RPL XI Asset Holdings Trust c/o Caliber
Home Loans's previously filed proof of claim. The Notice was filed within 180 days after the date on which the fees, expenses
and/or charges were incurred by BRIDGET B. LAKE. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13
Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable
Bankruptcy Rules. Further, a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below,
via Electronic Notice or by First Class U.S. Mail, postage prepaid, within 180 days after the date on which the fees, expenses
and/or charges were incurred by BRIDGET B. LAKE.

BRIDGET B. LAKE
3203 HARVEST LANE
ALBANY, GA 31721

Date: 03/04/2017

By: /s/ Karen Wysatta_____
    Karen Wysatta, Claims Processor
    P.O. Box 165028
    Irving, TX 75016
    (817) 277-2011 Office
    (888) 455-6662 Toll Free
    (817) 461-8070 Fax
    Authorized Agent for Caliber Home Loans

**DEBTOR ATTORNEY:**
F ANTHONY BLAKEY
KELLEY LOVETT AND BLAKEY PC
2539 LAFAYETTE PLAZA DRIVE
PO BOX 70879
ALBANY, GA 31708

**TRUSTEE:**
KRISTIN HURST
Trustee of the U.S. Bankruptcy Court
PO BOX 1907
COLUMBUS, GA 31902